**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

RECEIVED

AUG 3 1 2006

CHAMBERS OF
JUDGE LAMBERTH

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NO. 05-342 (RCL) |
| ALVARO SERRANO ARCHBOLD-MANNER (1) <br>     a.k.a "El Negro" <br>     a.k.a. "Archie" <br>     a.k.a. "Bambino" | ~~GOVERNMENT'S PROPOSED~~ ORDER TO MODIFY THE SEALING ORDER AND TO REDACT THE SECOND SUPERSEDING INDICTMENT <br><br> **UNDER SEAL** |
| JESUS ANTONIO MURILLO-LENIS(2) <br>     a.k.a. "Leni" <br>     a.k.a. "Muri" | |
| RANFER MANUEL RIOS-MERCADO (3) | FILED <br> SEP 1 3 2006 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| JEFFREY DAVYTON LEWIS (4) | |
| GARETH DAVITON LEWIS (5) <br>     a.k.a "David Lewis" <br>     a.k.a. "Mocho" | |
| FREDY GOMEZ-PEREZ (6) <br>     a.k.a. "Chiqui" | |
| JUAN DE JESUS RINCON-ROJAS (7) | |
| GUSTAVO BARBOSA-RODRIGUEZ(8) | |
| ULISES MALKUM-BERNADES (9) <br>     a.k.a. "Ulysis Malcom" <br>     a.k.a. "Ulyses Malcolm" <br>     a.k.a. "Ulysis Malkun" <br>     a.k.a. "El Gordo" <br>     a.k.a. "Montoya" | RECEIVED <br> AUG 3 0 2006 <br> NANCY MAYER-WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

CARLOS DELGADO-GOMEZ (10) :
    a.k.a. "Carlanga"

LUIS ENRIQUE CASTANEDA- :
GONZALEZ (11)
    a.k.a "Kike"

ENRIQUE OYOLA-ROPERO (12) :

VICTOR ANTONIO PALMERA- :
QUINTANA (13)

SERGIO RENE DE MARTINI- :
TAMAYO (14)
    a.k.a. "Paisa,"
    a.k.a. "Rafita,"
    a.k.a. "Henry"

JOSE HUGO ALVAREZ-LOZANO (15) :

JAIME HERNAN GUTIERREZ- :
DIAZ (16)

GERMAN VILLEGAS-MEJIA (17) :
    a.k.a. "El Doctor"

GERARDO TOBON-ROJAS (18) :
    a.k.a. "Mateo"

FERNANDO ZAPATA-BERMUDEZ(19) :

HERIBERTO ZAZUETA (20) :
    a.k.a. "Don Beto"

MARIO FRANCISCO MAGANA- :
PEREZ (21)
    a.k.a "El Grandote"

JUAN JOSE HEREDIA-LOPEZ (22) :

HECTOR CONTRERAS-NOVOA (23) :
    a.k.a. "Hector Contreras-Noboa" :
    a.k.a. "Cuate"

JUAN EDUARDO PEREZ-RINCON (24) :

**ALFREDO LUIS PERALTA-
CARRILLO (25)**

FILED

SEP 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion Modify the Sealing Order and to Redact the Second Superseding Indictment, it is hereby,

ORDERED, for the reasons stated in the Government's motion, this __13th__ day of __September__, 2006, that the Government's Motion Modify the Sealing Order and to Redact the Second Superseding Indictment be GRANTED and this Court's ORDER be sealed until further Order of this Court. It is further, ORDERED That The Proposed Redacted Indictment lodged 9/6/06 shall be utilized, and it is further ORDERED, that the Government may disclose the Indictment to persons necessary to effect the arrest and/or extradition of the defendants.

Royce C. Lamberth
ROYCE C. LAMBERTH
U.S. DISTRICT JUDGE FOR
THE DISTRICT OF COLUMBIA

DATE: __9/13/06__

cc:   Patrick H. Hearn, Trial Attorney.
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      1400 New York Avenue, NW, Suite 800
      Washington, D.C. 20530     202-305-7606