AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES

    Plaintiff(s)  )  **APPEARANCE**

vs.

ULISES MALKUM-BERNADES  )  CASE NUMBER  05 Cr. 342 (RCL) - 09

    Defendant(s)  )  **FILED**

JUN 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Please enter the appearance of  J ROBERTO CARDENAS  as counsel in this
(Attorney's Name)

case for:  ULISES MALKUM-BERNADES
(Name of party or parties)

06/04/2007
Date

Signature

J ROBERTO CARDENAS
Print Name

NY0079
BAR IDENTIFICATION

119 West 57th Street Ste 1215
Address

New York, New York 10019
City            State            Zip Code

(212) 977-7095
Phone Number