# WARRANT FOR ARREST

A23822   CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: **05-342 (RCL)** | MAGIS. NO: |
| **V.** <br> ALVARO SERRANO ARCHBOLD-MANNER, et, al. <br><br> DOB:    PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> **Ulisis Malkum-Bernades #9** <br> a/k/a Ulysis Malcom <br> a/k/a Ulyses Malcolm <br> a/k/a Ulysis Malkun <br> a/k/a El Gordo <br> a/k/a Montoya <br> Republic of Colombia | FILED <br> JUN 18 2008 <br> Clerk, U.S. District and Bankruptcy Courts |
| WARRANT ISSUED ON THE BASIS OF: **SECOND SUPERCEDING INDICTMENT** | DISTRICT OF ARREST | |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: <br> 21:959, 960 and 963; 21:959; 18:2; 21:853 and 970 |
|---|---|
| BAIL FIXED BY COURT: **HWOB** | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY: **MAGISTRATE JUDGE ROBINSON** | SIGNATURE (JUDGE/MAGISTRATE JUDGE) **U.S. MAGISTRATE DEBORAH A. ROBINSON** | DATE ISSUED: **April 13, 2006** |
| CLERK OF COURT: **Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE: |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 18 June, 2008 | NAME AND TITLE OF ARRESTING OFFICER *Reporting* DUSM Robert C. Byars | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE:  Yes    No X | | OCDETF CASE:  Yes   No X |