**WARRANT FOR ARREST**

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-342-09 | MAGIS. NO: |
| V.<br>ALVARO SERRANO ARCHBOLD-MANNER, et, al.<br>FILED<br>JUN 1 8 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br>DOB: 10/26/70    PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>BERNADES, ULISES  Fed# 29401-06<br>Ulysis Malkun<br>a/k/a Ulysis Malcom<br>a/k/a Ulyses Malcom<br>a/k/a Ulyses Malkum<br>a/k/a El Gordo<br>Republic of Colombia | |
| WARRANT ISSUED ON THE BASIS OF: **SUPERCEDING INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

SEALED / UNSEALED (stamp)

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

DISTRIBUTION OF FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>21:959, 960 and 963; 21:959; 18:2; 21:853 and 970 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| **HWOB** | |

| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE DEBORAH A. ROBINSON | DATE ISSUED:<br>January 3, 2006 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: JAN 03 2006 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6-12-2008 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSMS Robert C. Bryce | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |